**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PEANUTS WORLDWIDE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>A3FKL00XTSO2J4, et al.,<br><br>    Defendants. | Case No. 25-cv-13897<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Peanuts Worldwide, LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| LiAn GZiHao | 4 |
| TangShanRenYingShangMao | 8 |

Dated this 2nd day of January 2026.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
habes@gbc.law

*Counsel for Plaintiff Peanuts Worldwide, LLC*